UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DAVID E. GULLATT AND DIANE G.     *     NO. 3:18-CV-00054-JWD-RLB
MARTIN, INDIVIDUALLY AND ON BEHALF
OF THE ESTATE OF MILDRED GULLATT     *     JUDGE: JOHN W. DEGRAVELLE

VERSUS     *     MAGISTRATE JUDGE: RICHARD L. BOURGEOIS

RUSTON LOUISIANA HOSPITAL COMPANY, *
LLC D/B/A NORTHERN LOUISIANA MEDICAL
CENTER     *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CONSENT ORDER TO TRANSFER

COME NOW Plaintiffs, David E. Gullatt and Diane G. Martin, Individually and on behalf of the estate of Mildred Gullatt, and Defendant, Ruston Louisiana Hospital Company, LLC, d/b/a, Northern Louisiana Medical Center, by and through their undersigned counsel, and hereby submit to the Court this Consent Order relative to Defendants' Motion to Dismiss pursuant to 28 USC §1391 and 28 USC §1406, or in the alternative, to transfer pursuant to 28 USC §1404

Pursuant to the agreement of the parties, **IT IS HEREBY ORDERED THAT:**

(a) The instant matter be and hereby is transferred to the United States District Court for the Western District of Louisiana; and

(b) Defendants' 12(b)(3) Motion to Dismiss for Improper Venue and, Alternatively, Motion to Transfer, is moot as a result of this Consent Order to Transfer.

**SO ORDERED** this ___16th___ day of ___March___, 2018.

_____
United States District Judge

Respectfully submitted:

/s/ Jonathan Friedman
_____
SCOTT E. SILBERT, T.A. #12068
JONATHAN P. FRIEDMAN #25675
Silbert, Garon, Pitre & Friedman
909 Poydras Street
Suite 2130
New Orleans, LA 70112
Telephone: 504-581-6200
Facsimile: 504-584-5270
E-mail: jonathan@sgpflaw.com
Attorneys for David E. Gullatt and Diane G. Martin, Individually and on behalf of the estate of Mildred Gullatt

_____
KURT S. BLANKENSHIP, T.A. #3131
ROBERT I. BAUDOUIN #14069
Blue Williams, LLP
3421 North Causeway Blvd.
Suite 900
Metairie, Louisiana 70002
Telephone: (504) 830-4938
Telefax: (504) 849-3044
E-mail: rbaudouin@bluewilliams.com
Attorneys for Defendant, Ruston Louisiana Hospital Company, LLC, d/b/a Northern Louisiana Medical Center